DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KENNETH SICILIANO,**
Appellant,

v.

**CHRISTINA SICILIANO,**
Appellee.

No. 4D17-831

[March 22, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael G. Kaplan, Judge; L.T. Case No. 16-005869 (59).

Shaib Y. Rios, Fort Lauderdale, for appellant.

No brief filed on behalf of appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and DAMOORGIAN, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***